UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60096-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONAKIA GRIFFIN,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on a bond revocation hearing. Having reviewed the applicable filings and the law and having heard from the defendant, counsel for the defendant, the government and the probation officer at the May 26, 2010 hearing, it is

ORDERED AND ADJUDGED that the defendant's bond is hereby REVOKED.

The defendant was charged by indictment with conspiracy to commit credit card fraud in violation of Title 18, United States Code, Section 371; wire fraud in violation of Title 18, United States Code, Section 1343; use of an unauthorized access device in violation of Title 18, United States Code, Section 1029(a)(2) and aggravated identity theft in violation of Title 18, United States Code, Section 1028A(a)(1). On March 30, 2010, the defendant appeared before Magistrate Judge Simonton for a bond hearing. Magistrate Judge Simonton imposed a $100,000.00 personal surety bond with special conditions.

During the instant revocation hearing, the government proffered that on May 4, 2010 and May 11, 2010 the defendant submitted a urine sample which tested positive for Marijuana use. The undersigned finds that the government has shown probable cause to believe that the defendant has committed a state or local crime while on release, that is, the possession or use of Marijuana. 18 U.S.C. § 3148. Based on the May 4, 2010 and May 11, 2010 positive test results, it is unlikely that the defendant will abide by the conditions of release. Accordingly, the defendant's bond is revoked and the defendant shall be detained in the instant case.

DONE AND ORDERED in Chambers at Miami, Florida, this **26th** day of May, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Honorable Judge Seitz
All counsel of record
Gidget Mitchell, U.S. Probation

2