UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60096-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONAKIA GRIFFIN,

        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 64] of the Honorable John J. O'Sullivan recommending that the Defendant Griffin's plea of guilty be accepted and Defendant be adjudicated guilty. The Court having reviewed Judge O'Sullivan's R&R, there being no objections filed, and based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge O'Sullivan is ADOPTED and AFFIRMED, and made the Order of the District Court:

Defendant Griffin's plea of guilty is accepted, and Defendant Griffin is adjudicated guilty as to Count I of the Indictment.

DONE AND ORDERED in Miami, Florida this 16 day of June, 2010.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge John J. O'Sullivan